```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

GREG NAROWSKI,                    :
                                  :
          Plaintiff,              :
                                  :
     v.                           :  CASE NO. 3:14CV00512(AWT)
                                  :
ALLIED COLLECTION SERVICES, INC.  :
and DOES 1-10, INCLUSIVE,         :
                                  :
          Defendants.             :
```

## ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 13, 2015.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 13, 2015.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 12th day of November 2014.

                                     /s/AWT
                                  Alvin W. Thompson
                               United States District Judge